**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| CARLOS AGUIRRE,<br><br>        Petitioner,<br><br>    v.<br><br>NEIL McDOWELL, Warden,<br><br>        Respondent. | NO. CV 15-06080-PSG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 3, 2016.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE